KANTOR SILK MILLS, INC., Appellant, *v.* THE CENTURY INSURANCE COMPANY, LIMITED, OF EDINBURGH, SCOTLAND, Respondent.

(Argued March 27, 1930; decided April 11, 1930.)

*David Goldstein, Thomas G. Frost* and *Alex Davis* for appellant.

*Walter H. Pollak, Frederic C. Pitcher* and *Ruth I. Wilson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.